**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| SIMON TUSHA, | |
| **Plaintiff,** | |
| v. | **No.:  1:20-cv-00726-TSE-TCB** |
| EDGE MISSION CRITICAL SYSTEMS, LLC, and DIVERSITEC, LLC, | |
| **Defendants.** | |

## DFENDANTS' RULE 7.1 DISCLOSURE

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and Federal Rule of Civil Procedure 7.1, Defendants Edge Mission Critical Systems, LLC ("Edge Mission") and Diversitec, LLC ("Diversitec"), by counsel, state as follows:

Edge Mission is a Virginia limited liability company that is wholly owned by Diversitec.

Diversitec is a Virginia limited liability company, which is owned by Jerry Grothendick, Thomas Clayton, David Silvester.  None of Diversitec's members or affiliates have issued stock or debt securities to the public, and no publicly traded companies own a 10% or greater interest in Diversitec.

Dated:  July 23, 2020                              Respectfully submitted,

    /s/ *Ashley P. Peterson*
Bryan A. Fratkin (VSB No. 38933)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel:    (804) 775-4352

1

Fax:     (804) 698-2100
bfratkin@mcguirewoods.com
apeterson@mcguirewoods.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and I caused a copy of the foregoing to be mailed via first-class mail, postage prepaid, to:

Simon Tusha
1060 Hidden Moss Drive
Cockeysville, MD 21030

*Pro Se Plaintiff*

          /s/ *Ashley P. Peterson*
Bryan A. Fratkin (VSB No. 38933)
Ashley P. Peterson (VSB No. 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Tel:    (804) 775-4352
Fax:    (804) 698-2100
bfratkin@mcguirewoods.com
apeterson@mcguirewoods.com

3