IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SIMON TUSHA,
    Plaintiff,

    v.                                       Civil No. 3:20cv614 (DJN)

EDGE MISSION CRITICAL
SYSTEMS, LLC, *et al.*,
    Defendants.

### ORDER SETTING PRETRIAL CONFERENCE

Pursuant to Fed. R. Civ. P. 16(a) and 16(b) and Local Rule 16(B), a telephonic pretrial conference is scheduled in this action for November 30, 2020, at 10:00 a.m., with United States District Judge David. J. Novak.  It is anticipated that the conference will last roughly fifteen minutes.

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26A(1), counsel shall confer in person or by telephone not later than ten (10) days before the pretrial conference for the purposes required by Fed. R. Civ. P. 26(f) and to discuss the possibility of an early resolution.  The parties shall report orally at the pretrial conference on the discovery plan required by Rule 26(f).  If the parties are not in agreement as to the discovery plan, they must file a joint report laying out each side's views and proposals as required by Rule 26(f) at least five (5) days before the pretrial conference.

The Court will set a trial date which will be eight to twelve months after the pretrial conference except for complex litigation or in other unusual circumstances.  Unless otherwise agreed to by all counsel and approved by the Court before the pretrial conference, counsel who

will actually try the case shall attend the pretrial conference.  In any event, counsel attending the pretrial conference shall be knowledgeable of the facts and legal issues in the action and shall be prepared to set a firm trial date.

As a standard practice, a court reporter will not be present at the conference.  However, if any party anticipates that the Court will need to resolve any disputes between the parties or may need to conduct any other business on the record, the party should promptly file a notice with the Court so that the court reporter can be present at the conference.

Counsel for Defendants shall be responsible for setting up a conference line and calling into chambers (804-916-2270) when all parties are on the line.  To ensure that all parties can be heard, any person appearing by telephone may not use speakerphone or Bluetooth.

The Clerk is DIRECTED to provide a copy of this Order to all counsel of record and any party not represented by counsel.

Issued at the direction of the Court.

/s/

Patrick F. Dillard
Law Clerk to United States District Judge
David J. Novak

Richmond, Virginia
Date: October 19, 2020

IF THIS CASE IS SETTLED PRIOR TO THE CONFERENCE,
PLEASE CALL CHAMBERS AT 804-916-2270.  THANK YOU.