IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SIMON TUSHA,
    *Pro se* Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Civil No. 3:20cv614 (DJN)

EDGE MISSION CRITICAL
SYSTEMS, LLC, *et al.*,
    Defendants.

## ORDER

    This matter comes before the Court after receiving notice that this case has settled and that the parties have signed a Memorandum of Understanding setting forth the terms of their settlement agreement. Based on these representations, the Court hereby ORDERS the parties to file a stipulation of dismissal within thirty (30) calendar days.

    Let the Clerk file a copy of this Order electronically and notify all counsel of record.

    It is so ORDERED.

                                                    _____/s/_____
                                                     David J. Novak
                                                     United States District Judge

Richmond, Virginia
Dated:  January 19, 2021