IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SIMON TUSHA,
    *Pro se* Plaintiff,

v().                                              Civil No. 3:20cv614 (DJN)

EDGE MISSION CRITICAL
SYSTEMS, LLC, *et al.*,
    Defendants.

**ORDER**
**(Canceling On-The-Record Call)**

    This matter comes before the Court on its own initiative. Because the parties in this case have settled, the Court hereby CANCELS the on-the-record status call originally scheduled for Monday, February 8, 2021.

    Let the Clerk file a copy of this Order electronically, forward a copy to *pro se* Plaintiff at his address of record, and notify all counsel of record.

    It is so ORDERED.

                                                         /s/
                                        David J. Novak
                                        United States District Judge

Richmond, Virginia
Date: February 5, 2021