IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SIMON TUSHA,
    *Pro se* Plaintiff,

v.                                                     Civil No. 3:20cv614 (DJN)

EDGE MISSION CRITICAL
SYSTEMS, LLC, *et al.*,
    Defendants.

**ORDER**
**(Granting Extension of Time)**

This matter comes before the Court on the parties' Joint Motion for Extension of Time (ECF No. 39), moving for an extension of time to file a stipulation of dismissal as they wait for instructions from the United States District Court for the Western District of Pennsylvania regarding the manner in which settlement proceeds must be distributed to comply with Defendant's restitution obligations in another case. For good cause shown, the Court hereby GRANTS the parties' Motion (ECF No. 39), and ORDERS that the parties shall have until March 19, 2021, to file a stipulation of dismissal.

Let the Clerk file a copy of this Order electronically, forward a copy to *pro se* Plaintiff at his address of record, and notify all counsel of record.

It is so ORDERED.

                                                                           /s/
                                                                David J. Novak
                                                                United States District Judge

Richmond, Virginia
Date: February 22, 2021