UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SIMON TUSHA,<br><br>    Plaintiff,<br><br>v.<br><br>EDGE MISSION CRITICAL SYSTEMS, LLC, and DIVERSITEC, LLC,<br><br>    Defendants.<br>───────────────────────────<br>EDGE MISSION CRITICAL SYSTEMS, LLC,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>SIMON TUSHA,<br><br>    Counterclaim-Defendant. | No.: 3:20-cv-00614-DJN |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff/Counterclaim-Defendant Simon Tusha, Defendant/Counterclaim-Plaintiff Edge Mission Critical Systems, LLC and Defendant Diversitec, LLC, by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree to dismiss this action with prejudice, with each party bearing its own attorneys' fees and costs.

Respectfully submitted this the 18th day of March, 2021.


[*SIGNATURES ON FOLLOWING PAGE*]

| | |
|---|---|
| **SIMON TUSHA,** | **EDGE MISSION CRITICAL SYSTEMS, LLC, DIVERSITEC, LLC,** |
| By counsel: | By counsel: |

/s/ *Douglas M. Garrou*
Douglas M. Garrou
HUNTON ANDREWS KURTH
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Tel: (804) 788-8355
dgarrou@HuntonAK.com

/s/ *John J. Woolard*
Bryan A. Fratkin (VSB No. 38933)
Ashley P. Peterson (VSB No. 87904)
John J. Woolard (VSB No. 92612)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Tel: (804) 775-1190
Fax: (804) 698-2100
bfratkin@mcguirewoods.com
apeterson@mcguirewoods.com
jwoolard@mcguirewoods.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 18th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will provide notice to all counsel of record, and that I caused a copy of the foregoing, as well as a notification of such filing (NEF), to be mailed via first-class mail, postage prepaid, to:

Simon Tusha
1060 Hidden Moss Drive
Cockeysville, MD 21030

*Pro Se Plaintiff*

                                               */s/ John J. Woolard*
                                       Bryan A. Fratkin (VSB No. 38933)
                                       Ashley P. Peterson (VSB No. 87904)
                                         John J. Woolard (VSB No. 92612)
                                       McGuireWoods LLP
                                       Gateway Plaza
                                       800 East Canal Street
                                       Richmond, VA 23219
                                       Tel:    (804) 775-1190
                                       Fax:   (804) 698-2100
                                       bfratkin@mcguirewoods.com
                                       apeterson@mcguirewoods.com
                                       jwoolard@mcguirewoods.com

                                       *Counsel for Defendants*