IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SIMON TUSHA,
    *Pro se* Plaintiff,

v.                                                            Civil No. 3:20cv614 (DJN)

EDGE MISSION CRITICAL
SYSTEMS, LLC, *et al.*,
    Defendants.

## DISMISSAL ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 41). Based on the Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby DISMISSES WITH PREJUDICE all claims by Plaintiff against Defendants and by Defendants against Plaintiff, with each party to bear its own fees and costs. Because no issues remain in dispute, the Court also DENIES AS MOOT Plaintiff's Motion to Strike (ECF No. 20) and Defendants' Motion for Judgment on the Pleadings (ECF No. 23).

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                                 /s/
                                                           David J. Novak
                                                           United States District Judge

Richmond, Virginia
Date: <u>March 19, 2021</u>